**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA** )
)
**v.** ) **Case No. 8:91-CR-299-T-17TGW**
)
**SHELTON JACKSON.** )
)

**REVOCATION OF SUPERVISED RELEASE AND JUDGMENT AND COMMITMENT**

On this 2nd day of February, 2007, came the Assistant United States Attorney and the defendant SHELTON JACKSON, appeared in person and with counsel AFPD Allison Guagliardo

It appearing to the Court that the above named defendant, having heretofore been convicted on April 19, 1994, of the offense or offenses charged in the indictment or information filed herein, received a sentence imposing incarceration and a period of supervised release.

It further appearing to the Court that the above named defendant has since violated the terms of his supervised release and the Probation Officer of this Court has petitioned the Court to revoke the supervised release provided for in the Judgment and Commitment and Revocation Order previously entered herein.

And it further appearing that the Court finds, after hearing from the Probation Officer and the above named defendant, that the defendant has violated the terms of the Judgment and Commitment and Revocation Order previously entered herein.

It is, therefore, ORDERED AND ADJUDGED that the Order imposing supervised release entered herein as to the above named defendant is hereby **REVOKED**.

It is further ORDERED AND ADJUDGED that the above named defendant is hereby committed to the custody of the Attorney General or his authorized representative for **IMPRISONMENT** for a period of **EIGHT (8) MONTHS** with credit for time served to be calculated by the U.S. Bureau of Prisons. The term of imprisonment shall be followed by a term of **SUPERVISED RELEASE** of **FORTY-EIGHT (48) MONTHS**. The defendant is hereby **REMANDED** to the custody of the U.S. Marshal Service.

**Special Conditions of Supervised Release**:

(1) The defendant shall participate, as directed by the Probation Officer, in a program (outpatient and/or inpatient) for treatment of narcotic addiction or drug or alcohol dependency. This program may include testing for the detection of substance use or abuse. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the probation Office's Sliding Scale for Substance Abuse Treatment Services.

(2) Based on the defendant's representation that he intends to relocate to Georgia after his imprisonment term, the Court will entertain a defendant Motion to Eliminate the Term of Supervised Release **if** the defendant's supervision is transferred to Georgia, **and if** the defendant maintains suitable living accommodations and remains gainfully employed.

It is further ORDERED that the Clerk deliver a certified copy of this Judgment and Commitment to the United States Marshal or other qualified officer and the copy serve as the commitment of the defendant.

DONE AND ORDERED at Tampa, Florida this 2ND day of February, 2007.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Counsel and Parties
U. S. Marshal Service
U. S. Probation Office